**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**STORM CINQUE SIMS,**

**Petitioner,**

**v.** **Case No. 5:25-cv-264-AW-MAF**

**RICHARD COMERFORD, Secretary, Florida Department of Corrections,**

**Respondent.**

_______________________________/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Petitioner Storm Cinque Sims filed a § 2254 petition, which the parties agree includes exhausted and unexhausted claims. The magistrate judge issued a report and recommendation concluding the court should dismiss the petition without prejudice. ECF No. 13. Neither side filed any objection.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed without prejudice." A certificate of appealability is DENIED.

The clerk will close the file.

SO ORDERED on August 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge